**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| DENNIS TROGGIO,<br><br>Plaintiff,<br><br>v.<br><br>STEADFAST APARTMENT REIT, INC., RODNEY F. EMERY, ELLA NEYLAND, ANA MARIE DEL RIO, G. BRIAN CHRISTIE, THOMAS PURCELL, KERRY D. VANDELL, NED W. BRINES, STEPHEN R. BOWIE, INDEPENDENCE REALTY TRUST, INC., INDEPENDENCE REALTY OPERATING PARTNERSHIP, LP, IRSTAR SUB, LLC, and STEADFAST APARTMENT REIT OPERATING PARTNERSHIP, L.P.,<br><br>Defendants. | ) | Case No. 1:21-cv-10263-JMF |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 4, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*